# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
Jason Krumbein

**In re:** Thomas Alan Minor  
Renee Scott Minor  
**Case Number** 10–30161–DOT  
**Chapter** 7

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*32* – Motion to Reopen Case (Fee Amount of $260 is Exempt or Deferred) with Notice of Hearing, filed by Jason Meyer Krumbein of Krumbein Consumer Legal Services, Inc. on behalf of Thomas Alan Minor. Hearing scheduled for 9/4/2013 at 12:00 PM at Judge Tice's Courtroom, 701 E. Broad St., Rm. 5100, Richmond, Virginia. (Krumbein, Jason)

**REQUIREMENTS OF FORM/PROCESS:**

_  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

_

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

_  Not accompanied by Certification Regarding Request for Expedited Hearing*.

_

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

_  Not accompanied by proof of service indicating service of motion upon parties required to be served.

_  Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

_  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

_

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

_  Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

_  Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

**X**  Date, time and/or location omitted or incorrect in Notice of Hearing.

_  Notice of Hearing/Response not properly linked to Motion/Application/Objection

_

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: August 2, 2013    CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Cindy Baumgartner, Deputy Clerk  
Direct Dial Telephone No. 804–916–2413

[igmotionvDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 10-30161-DOT
Thomas Alan Minor                                                       Chapter 7
Renee Scott Minor
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 2          Date Rcvd: Aug 02, 2013
                              Form ID: igmotion        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2013.
db/jdb         +Thomas Alan Minor,   Renee Scott Minor,   11603 Hardwood Dr,   Midlothian, VA 23114-5116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2013           Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: baumgartn              Page 2 of 2                   Date Rcvd: Aug 02, 2013
                               Form ID: igmotion            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2013 at the address(es) listed below:
         Bruce H. Matson   bhmtrustee@leclairryan.com, bmatson@ecf.epiqsystems.com
         Jason Meyer Krumbein   on behalf of Plaintiff Thomas Alan Minor jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
         Rudolph C. McCollum, Jr.   on behalf of Debtor Thomas Alan Minor rudy@mccollumatlaw.com,
         mccollumatlaw301@gmail.com
         Rudolph C. McCollum, Jr.   on behalf of Joint Debtor Renee Scott Minor rudy@mccollumatlaw.com,
         mccollumatlaw301@gmail.com
         W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
         TOTAL: 5